**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-CV-01604-CMA-NYW

THE PINEWOOD TOWNHOME ASSOCIATION, INC., Plaintiff(s)

v.

AUTO-OWNERS INSURANCE COMPANY,
A MICHIGAN CORPORATION, Defendant

_____

**BARLO INC.'S FED. R. CIV. P. 26(G) CERTIFICATION**
_____

Damian Stone, The Law Office of Damian Stone, P.C., files Barlo Inc.'s Fed. R. Civ. P.

26(g) Certification as follows:

Pursuant to Fed. R. Civ. P. 26(g) and the Court's Order, Barlo Inc. certifies to the best of

its knowledge, information, and belief formed after a reasonable inquiry, Barlo has made a true

and complete production of documents responsive to Auto-Owners' October 13, 2016 letter

identifying discrepancies and has withheld no responsive documents produced by Chase Bank.


DATED:       October 20, 2016.


THE LAW OFFICE OF DAMIAN STONE


S/ Damian Stone
Damian S. Stone, Reg. No. 34587
3570 E. 12th Avenue, Suite 200
Denver, Colorado   80206
Telephone:  (720) 684-4371
                    *Attorney for Barlo Inc.*

**CERTIFICATE OF SERVICE**

*Served on via ECF and addressed to the
following:*

*Attorneys for Plaintiff.*

David J. Furtado, Esq.
Furtado Law, PC
3773 Cherry Creek North Drive, Suite 575
Denver, Colorado 80209
Counsel for Plaintiff

☐ Fax   ☐ Mail   ☐ Delivery   ☒ ECF

*Attorneys for Defendant*

Gregory R. Giometti
John D. Mereness
Gregory R. Giometti & Associates, PC
50 S. Steele Street, Suite 480
Denver, CO 80209

☐ Fax   ☐ Mail   ☐ Delivery   ☒ ECF

/s/ Damian Stone
The Law Office of Damian Stone, P.C.
3570 E. 12th Avenue, Suite 103
Denver, Colorado 80206
720-684-4371